IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01265-BNB

COLLEEN J. PRIEBE,

    Plaintiff,

v.

FORMER PRESIDENT BUSH,
FORMER VICE-PRESIDENT CHANEY,
FORMER SEC. OF DEFENSE DONALD RUMSFELD,
FORMER DIRECTOR OF CIA GEORGE TENT,
FORMER U.S. ATTORNEY GENERAL ASHCROFT,
FORMER U.S. ATTORNEY GENERAL GONZALES, and
GOVERNOR RITTER OF COLORADO,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Colleen J. Priebe currently resides in Denver, Colorado. Ms. Priebe initiated this action by filing a *pro se* Complaint. On June 3, 2009, Magistrate Judge Boyd N. Boland ordered Ms. Priebe to file an Amended Complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

Ms. Priebe now has failed to communicate with the Court, and as a result she has failed to comply with Magistrate Judge Boland's June 3, 2009, Order to File an Amended Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Plaintiff's Complaint is deficient and that she is required to

amend the Complaint in keeping with Rule 8.  Therefore, the Complaint will be dismissed for failure to amend and to prosecute.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 15 day of July, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01265-BNB

Colleen J. Priebe
980 Grant #401
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/15/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk